**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MONTICELLO INSURANCE COMPANY,**

          **Plaintiff,**

-vs-                                                    Case No. 6:03-cv-1514-Orl-19KRS

**NATIONAL CASUALTY COMPANY,**

          **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MONTICELLO'S MOTION FOR ATTORNEY'S FEES AND COSTS (Doc. No. 92)**
>
> **FILED:** July 11, 2005
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Because this matter is currently on appeal to the United States Court of Appeals for the Eleventh Circuit, *see* doc. no. 95, it is appropriate to await the outcome of the appeal before ruling on Plaintiff Monticello Insurance Company's motion for attorney's fees and costs. Determination of the appeal, regardless of the outcome, will affect consideration of the plaintiff's motion. It does not appear that consideration of the appeal itself would be better informed by a decision on fees.

Accordingly, the motion for attorney's fees and costs is **DENIED** without prejudice to refiling, if appropriate, within twenty days after the issuance of a mandate on the appeal by the United States

Court of Appeals for the Eleventh Circuit. In any renewed motion, costs awardable under Fed. R. Civ. P. 54 should be submitted through a Bill of Costs, rather than as part of a motion for an award of attorney's fees.

  **DONE** and **ORDERED** in Orlando, Florida on July 27, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties